UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL GALLOWAY,<br><br>    Defendant. | Case No. 3:23-cr-00027-ART-CSD<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING (FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by and through RENE L. VALLADARES, Federal Public Defender and SEAN A. MCCLELLAND, Assistant Federal Public Defender, counsel for MICHAEL GALLOWAY and JASON M. FRIERSON, United States Attorney, and ANDOLYN JOHNSON, Assistant United States Attorney, counsel for the UNITED STATES OF AMERICA, that the Sentencing hearing set for October 8, 2024, at 11:00 AM, be vacated and continued to November 12, 2024, at 1:00 PM.

/ / /

/ / /

The continuance is necessary for the following reasons:

1. The additional time requested by this Stipulation is reasonable pursuant to Federal Rule of Criminal Procedure 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."

2. Counsel requests this additional time in order to allow adequate time to research sentencing issues and to prepare for the sentencing hearing.

3. Mr. Galloway is on bond and consents to the continuance. Specifically, Mr. Galloway was informed that the continuance will allow defense counsel to continue to gather documents in support of the hearing and provide continuity of counsel.

4. This is the first request for continuance of the sentencing hearing.

DATED this 16th day of September, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By  /s/ Sean A. McClelland<br>SEAN A. MCCLELLAND<br>Assistant Federal Public Defender<br>Counsel for MICHAEL GALLOWAY | By  /s Andolyn Johnson<br>ANDOLYN JOHNSON<br>Assistant United States Attorney<br>Counsel for the Government |

**ORDER**

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Sentencing Hearing currently set for October 8, 2024, at 11:00 AM, be vacated and continued to **November 12, 2024, at 1:00 PM.**

DATED this <u>18th day of September, 2024</u>.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE