**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:23-CR-027-ART-CSD |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| MICHAEL GALLOWAY, aka "Washoe Mike," | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture under Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c); 18 U.S.C. § 924(d)(1), (2)(C), and (3)(B) with 28 U.S.C. § 2461(c); 21 U.S.C. § 853(a)(2); and 21 U.S.C. § 881(a)(11) with 28 U.S.C. § 2461(c) based upon the plea of guilty by Michael Galloway, aka "Washoe Mike," to the criminal offenses, forfeiting the property set forth in the Memorandum in Support of Plea and the Forfeiture Allegations of the Criminal Indictment and shown by the United States to have the requisite nexus to the offenses to which Michael Galloway, aka "Washoe Mike," pled guilty. Criminal Indictment, ECF No. 16; Memorandum in Support of Plea, ECF No. 34; Change of Plea, ECF No. 35; Order Granting Motion for Entry of the Preliminary Order of Forfeiture, ECF No. 43; Preliminary Order of Forfeiture, ECF No. 44; Order Granting Stipulation to Forfeit Property as to Michael Galloway, aka "Washoe Mike," ECF No. 45.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov,

consecutively from September 22, 2024, through October 21, 2024, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 48-1, p. 5.

This Court finds the United States notified known third parties by regular mail and certified mail return receipt requested of their right to petition the Court. Notice of Filing Service of Process – Mailing, ECF No. 60.

On October 17, 2024, the United States Attorney's Office served and attempted to serve The Estate of Calvin Wolter, c/o Christopher Wolter or Miriam Wolter, on Lindulake Drive with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. The certified mail was returned as unclaimed and unable to forward. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 60-1, p. 3, 8-15, 17-19.

On October 17, 2024, the United States Attorney's Office served Christopher Wolter or Miriam Wolter, on Lindulake Drive with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 60-1, p. 3, 8-15, 20-21.

On October 17, 2024, the United States Attorney's Office served and attempted to serve Donna Kelly or Steve Kelly, on Bayhill Circle with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. The certified mail was returned as unclaimed and unable to forward. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 60-1, p. 3, 8-15, 22-24.

On October 17, 2024, the United States Attorney's Office served and attempted to serve Glenn Thomas on McGoldrick Way with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. The certified mail was returned as unclaimed and unable to forward. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 60-1, p. 3, 8-15, 25-27.

///

///

On October 17, 2024, the United States Attorney's Office served Glenn Thomas on Gault Way by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 60-1, p. 3, 8-15, 28-30.

On October 17, 2024, the United States Attorney's Office served and attempted to serve Glenn Thomas on Novelly Drive by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. The certified mail was returned as unclaimed and unable to forward. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 60-1, p. 3-4, 8-15, 31-33.

On October 17, 2024, the United States Attorney's Office served and attempted to serve Glenn Thomas on Round Mountain Road by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. The certified mail was returned as unclaimed and unable to forward. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 60-1, p. 4, 8-15, 34-36.

On October 17, 2024, the United States Attorney's Office served Jesse Oran on Jackson Gate Road with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 60-1, p. 4, 8-15, 37-38.

On October 17, 2024, the United States Attorney's Office attempted to serve Jesse Oran on Norcade Cir. with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Both mailings were returned as insufficient address and unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 60-1, p. 4, 8-15, 39-41.

On October 17, 2024, the United States Attorney's Office attempted to serve Judith Tribon on College Parkway with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Both mailings were returned as no such number and unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 60-1, p. 4, 8-15, 42-44.

On October 17, 2024, the United States Attorney's Office served Judith Tribon on US Highway 395 with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 60-1, p. 4, 8-15, 45-46.

On October 17, 2024, the United States Attorney's Office served and attempted to serve Mark Lavine on Casazza Drive with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. The certified mail was returned as unclaimed and unable to forward. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 60-1, p. 4, 8-15, 47-49.

On October 17, 2024, the United States Attorney's Office served and attempted to serve Mark Lavine on Ladera Drive with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. The certified mail is being returned to sender since the forward expired. Neither mailing was returned. Notice of Filing Service of Process – Mailing, ECF No. 60-1, p. 4, 8-15, 50-53.

On October 17, 2024, the United States Attorney's Office attempted to serve Nichole Crossen on 9th Street with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Both mailings were returned as attempted-not known and unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 60-1, p. 5, 8-15, 54-56.

On October 17, 2024, the United States Attorney's Office served and attempted to serve Nichole Crossen on Diamond Country with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. The certified mail was returned as not deliverable as addressed and unbale to forward. The regular mail was no returned. Notice of Filing Service of Process – Mailing, ECF No. 60-1, p. 5, 8-15, 57-59.

On October 17, 2024, the United States Attorney's Office attempted to serve Nichole Crossen on Sky Valley with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Both mailings were

returned as insufficient address and unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 60-1, p. 5, 8-15, 60-62.

On October 17, 2024, the United States Attorney's Office served Noah Gallop on Walker Avenue with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 60-1, p. 5, 8-15, 63-64.

On October 17, 2024, the United States Attorney's Office served and attempted to serve Noah Gallop on Plumas Street with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. The certified mail was returned as unclaimed and unable to forward. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 60-1, p. 5, 8-15, 65-67.

On October 17, 2024, the United States Attorney's Office served Resa Gannon on US Highway 50 with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 60-1, p. 5, 8-15, 68-69.

On October 17, 2024, the United States Attorney's Office served and attempted to serve Steve Kelley on Royal Troon Drive with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. The certified mail was returned as unclaimed and unable to forward. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 60-1, p. 5, 8-15, 70-72.

On October 17, 2024, the United States Attorney's Office served and attempted to serve The Estate of Terrence J. Kelley, c/o Donna Kelley or Steve Kelley, on Bayhill Circle with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. The certified mail was returned as unclaimed and unable to forward. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 60-1, p. 6, 8-15, 73-75.

On October 17, 2024, the United States Attorney's Office served The Estate of Terrence J. Kelley, c/o Steve Kelley, on Royal Troon Drive with copies of the Preliminary

Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 60-1, p. 6, 8-15, 76-77.

On October 17, 2024, the United States Attorney's Office served Tina Hitchcock, aka Tina Cone, on Edgewood Place with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 60-1, p. 6, 8-15, 78-79.

On October 17, 2024, the United States Attorney's Office attempted to serve Tina Hitchcock, aka Tina Cone, on Pheasant Drive with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Both mailings were returned as not deliverable as addressed and unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 60-1, p. 6, 8-15, 80-82.

On February 4, 2024, the United States filed a proposed Stipulation for Entry of Order of Forfeiture as to Tina Cone, and Order, ECF No. 62. On February 11, the Court granted the Stipulation for Entry of Order of Forfeiture as to Tina Cone, ECF No. 63.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States under Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c); 18 U.S.C. § 924(d)(1), (2)(C), and (3)(B) with 28 U.S.C. § 2461(c); 21 U.S.C. § 853(a)(2); 21 U.S.C. § 881(a)(11) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law and the Stipulations:

  1. Smith and Wesson Revolver model 36, S/N AEY2890;
  2. Colt Mark IV .45 cal S/N SS16216E;
  3. Smith &Wesson .38 SPL S/N DBE3051;

    4.   MFT Rifle with Scope S/N EPG16V2;

    5.   Beretta 22mm S/N P86953;

    6.   Winchester .44 Lever action rifle S/N 11519011;

    7.   Browning 12 gauge shotgun S/N 83018;

    8.   UZI Semi auto Model A, 9mm Para IMI-ISREAL S/N SA18133; and

    9.   any and all compatible ammunition

(all of which constitutes property).

    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that under Fed. R. Crim. P. 32.2(c) and 21 U.S.C. § 853(n)(7), all possessory rights, ownership rights, and all rights, titles, and interests in the property are extinguished and are not recognized for Michael Galloway, aka "Washoe Mike," and all third parties.

    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the forfeited property shall be disposed of according to law and the Stipulations.

    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

    DATED February 19, 2025.

                                    ANNE R. TRAUM
                                    UNITED STATES DISTRICT JUDGE